

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
BRADLEY BARON,

                 Plaintiff(s),        09CV4351 (SJF) (AKT)

- against-

STAMINA PRODUCTS, INC., et. al.,       **NOTICE**

                Defendant(s).
------------------------------------X

You are hereby noticed that the court will conduct a initial conference on the above-captioned matter on **Tuesday, December 15, 2009 at 12:15 p.m.** at the **Central Islip Courthouse located at 1014 Federal Plaza, Central Islip, NY 11722**.

The conference will be held before the Honorable Sandra J. Feuerstein.

**_Plaintiff(s) Pro Se or plaintiff(s) counsel is/are directed to serve a copy of this notice on all parties upon receipt._**

                                                 _____
                                                 Maryanne Cerny, Judicial Assistant to
                                                 Hon. Sandra J. Feuerstein

Dated:    October 22, 2009
             Central Islip, NY

Copies:    Steven S. Greenberg, Esq.
              Margot Nicole Wilensky, Esq.
              Scott L. Haworth, Esq.