UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRADLEY BARON,

                    Plaintiff,

          -against-

STAMINA PRODUCTS, INC. AND
MERCANTILA INC.,

                    Defendants.
----------------------------------------------------------X

Civil Action No.: 09-4351 (SJF)(AKT)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of Defendant Stamina Products, Inc.

I hereby certify that I am admitted to practice in this Court by order entered in on November 9th 2009.

Dated: November 25, 2009
      Kansas City, Missouri

                          Respectfully Submitted,

                         /s/ Brandon Boulware
                         Brandon J.B. Boulware
                         Rouse Hendricks German May
                         1010 Walnut Street, Suite 400
                         Kansas City, MO 64106
                         Tel:   (816) 471-7700
                         EM:   brandonb@rhgm.com