Scott L. Haworth
212-898-4017
scott.haworth@sdma.com

January 29, 2010

Via ECF

Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014
Courtesy copy via facsimile to (631) 712-5636

Re: Baron v. Stamina Products, Inc. et al
    Docket No.: 09-cv-4351 (SJF)(AKT)
    File No.: 00571-000121

Dear Judge Feuerstein:

    This firm represents defendants Stamina Products, Inc. and Mercantila Inc. All parties are scheduled to appear for a conference before Your Honor on February 12, 2010.

    We appeared before Your Honor for an initial conference on January 15, 2010. At that time both parties believed that an inspection of the subject Recumbent Bike Power Exercise machine could be conducted soon thereafter, prior to the next scheduled conference. Due to scheduling conflicts however, the inspection could not be scheduled until February 15, 2010. Thus, we respectfully request -- with the consent of plaintiff's counsel -- that the conference before Your Honor be adjourned until after the inspection.

    For the court's convenience, all parties are available February 19, 22, 23, 25 and 26.

    We appreciate the court's time and attention to this matter.

Respectfully Submitted,

*[signature]*

Scott L. Haworth
Sedgwick, Detert, Moran & Arnold LLP

SLH/mw

NY/559358v1

Judge Feuerstein
Re: Baron v. Stamina Products, Inc. et al
January 29, 2010
Page 2

cc:     (via ECF)
        Michael Berman, Esq.
        Smith Mazure Director Wilkins
        Young & Yagerman, P.C.
        111 John Street, 20th Floor
        New York, New York 10038-3198
        Attorneys for Plaintiff

NY/559358v1