| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | <u>4/21/10</u><br><u>5:15 PM</u> |

*Baron -v- Stamina Products, Inc., et al.*, **CV 09-4351 (SJF) (AKT)**

TYPE OF CONFERENCE:        <u>INITIAL CONFERENCE</u>

APPEARANCES:        Plaintiff        Bradley Baron, PRO SE - no appearance

                                    Defendants    Nora Coleman (by telephone)

SCHEDULING:

        A Show Cause Hearing is set for May 28, 2010 at 10:30 a.m. in Courtroom 910.

THE FOLLOWING RULINGS WERE MADE:

        Pursuant to this Court's March 1, 2010 Order, a Status Conference was originally scheduled for 11:00 a.m. today.  *See* DE 32.  Prior counsel for Plaintiff filed a Certificate of Service on ECF stating that a copy of the March 1, 2010 Order was served upon Plaintiff via first-class mail on March 2, 2010.  *See* DE 33.  Due to a change in the Court's trial calendar, today's Conference was rescheduled for 5:15 p.m.  *See* March 22, 2010 Electronic Order.  Counsel for Defendants informed my Law Clerk that she spoke to Plaintiff's former counsel earlier today, and former counsel confirmed that he had advised Plaintiff of the new time of the Conference.

        The case was called at the scheduled time of 5:15 p.m.  Neither Plaintiff nor any attorney representing Plaintiff appeared in the Courtroom or contacted the Court.  The case was again called at 5:45 p.m., and there was still no appearance by Plaintiff or counsel appearing on behalf of Plaintiff.  (The Court also notes that Plaintiff did not appear at the originally scheduled time of 11:00 a.m. today.)  I advised Defendants' counsel, who appeared by telephone, that I would issue an order to show cause with regard to Plaintiff's failure to appear.  That order will be entered separately.  Counsel for Defendant has agreed to contact Plaintiff's former counsel in an attempt to obtain Plaintiff's contact information.  Defense counsel will contact my Chambers tomorrow to report back on this information.

        Counsel for Defendants is directed to serve a copy of this Order, along with a copy of the Show Cause Order, upon Plaintiff Bradley Baron forthwith and to file proof of service on ECF.

                                                                                        SO ORDERED

                                                                                        <u>/s/ A. Kathleen Tomlinson</u>
                                                                                        A. KATHLEEN TOMLINSON
                                                                                        U.S. Magistrate Judge