**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
BRADLEY BARON,

                          Plaintiff,                                    **ORDER**

          - against -                                          CV 09-4351 (SJF) (AKT)

STAMINA PRODUCTS, INC.
and MERCANTILA, INC.,

                          Defendants.
---------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

          In light of the various Orders issued by this Court (*see* DE 32, 35), the law firm of Smith

Mazure Director Wilkins Young & Yagerman, P.C. is hereby relieved as counsel of record for

Plaintiff.  The Clerk's Office is requested to update the docket in this case accordingly.

          Counsel for Defendants is directed to serve a copy of this Order upon Plaintiff forthwith

and to file proof of service on ECF.


                                        **SO ORDERED.**

Dated: Central Islip, New York
            April 23, 2010


                                        /s/ A. Kathleen Tomlinson
                                        A. KATHLEEN TOMLINSON
                                        U.S. Magistrate Judge