UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRADLEY BARON,

                        Plaintiff *Pro Se*,

      - against -

STAMINA PRODUCTS, INC.
and MERCANTILA, INC.,

                        Defendants.
-----------------------------------------------------------X

**ORDER**

CV 09-4351 (SJF) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received Defendants' letter of July 6, 2010 stating that the parties have reached a settlement in principle and are in the process of executing a confidential release. *See* DE 54. In light of this representation, the parties are directed to file a Stipulation of Discontinuance no later than August 10, 2010. The Status Conference previously scheduled for August 2, 2010 is CANCELED.

      Counsel for Defendants is directed to serve a copy of this Order on Plaintiff *Pro Se* forthwith and to file proof of service on ECF.

                                                  **SO ORDERED.**

Dated: Central Islip, New York
        July 8, 2010

                                              /s/ A. Kathleen Tomlinson
                                              A. KATHLEEN TOMLINSON
                                              U.S. Magistrate Judge