## CERTIFICATE OF SERVICE

I, **MARGOT WILENSKY**, hereby certify and affirm that a true and correct copy of the attached **ORDER** dated July 8, 2010, was served via regular mail on this 9th day of July, 2010, upon the following:

>Bradley Baron
>45 Hillpark Avenue, Apt. 1M
>Great Neck, NY 11021
>Pro Se Plaintiff

*[signature]*
Margot Wilensky (MW-3181)

Dated:   New York, New York
        July 9, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRADLEY BARON,

                      Plaintiff *Pro Se*,

      - against -

STAMINA PRODUCTS, INC.
and MERCANTILA, INC.,

                      Defendants.
-----------------------------------------------------------X

**ORDER**

CV 09-4351 (SJF) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

The Court has received Defendants' letter of July 6, 2010 stating that the parties have reached a settlement in principle and are in the process of executing a confidential release. *See* DE 54. In light of this representation, the parties are directed to file a Stipulation of Discontinuance no later than August 10, 2010. The Status Conference previously scheduled for August 2, 2010 is CANCELED.

Counsel for Defendants is directed to serve a copy of this Order on Plaintiff *Pro Se* forthwith and to file proof of service on ECF.

                                              **SO ORDERED.**

Dated: Central Islip, New York
       July 8, 2010

                                          /s/ A. Kathleen Tomlinson
                                          A. KATHLEEN TOMLINSON
                                          U.S. Magistrate Judge